| *Attorney or Party without Attorney:*<br>MICHAEL HENDERSHOT<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 UNIVERSITY AVENUE<br>PALO ALTO, CA 94301<br>*Telephone No:* 650-4704500   *FAX No:* 650-470-4570 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>811110-6571 |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | |
| *Plaintiff:* BREE KUYAT, et al. | |
| *Defendant:* USAA CASUALTY INSURANCE COMPANY | |

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08 03448 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case;
   civil Cover Sheet; Complaint For Monetary, Injunctive And Declaratory Relief; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management; Contents Of Joint Case Management Statement; Standing Order Regarding Case Management In Civil Cases; Welcome To The U.S. District Court; General Order No. 40; Ecf Registration Information Handout; General Order No.45; Notice Of Electronic Availability Of Case File Information; General Order No.53; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Order Of The Chief Judge; Adr Information Package; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California Brochure; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge.

3. a. *Party served:*      USAA CASUALTY INSURANCE COMPANY
   b. *Person served:*    RICHARD FOX, ESQ., AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*    2241 HARVARD STREET
   SACRAMENTO, CA 95815

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 25, 2008 (2) at: 10:34AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: USAA CASUALTY INSURANCE COMPANY
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWARD J. PIERINI
                                               d. *The Fee for Service was:*

   First Legal Support Services
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   e. I am: (3) registered California process server
          (i) Independent Contractor
          (ii) *Registration No.:*    2007-37
          (iii) *County:*             Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Jul. 28, 2008

   *(signature)* (EDWARD J. PIERINI)

*Judicial Council Form POS-010*
*Rule 2.150.(a)&(b) Rev January 1, 2007*

PROOF OF SERVICE
SUMMONS & COMPLAINT

8018002.skaar-pa.151383