1  KYRA KAZANTZIS, Bar No. 154612, kyrak@lawfoundation.org
   JAMES ZAHRADKA, Bar No. 196822, jamesz@lawfoundation.org
2  **PUBLIC INTEREST LAW FIRM**
   KIM PEDERSON, Bar No. 234785, kimp@lawfoundation.org
3  **FAIR HOUSING LAW PROJECT**
   **LAW FOUNDATION OF SILICON VALLEY**
4  111 West St. John Street, Suite 315                    *E-FILED 10/30/08*
   San Jose, California 95113
5  Telephone: (408) 280-2401
   Fax: (408) 293-0106
6
   MICHAEL HENDERSHOT, Bar No. 211830, michael.hendershot@skadden.com
7  ANDREA SCHELEY, Bar No. 229363, andrea.scheley@skadden.com
   **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
8  525 University Ave., Suite 1100
   Palo Alto, CA 94301
9  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
10
   EVE HERSHCOPF, Bar No. 159486, ehershcopf@childcarelaw.org
11 ED BOLEN, Bar No. 221715, ebolen@childcarelaw.org
   **CHILD CARE LAW CENTER**
12 221 Pine Street, Third Floor
   San Francisco, CA 94104
13 Telephone: (415) 394-7144
   Facsimile: (415) 394-7140
14

15 Attorneys for Plaintiffs Bree and Micah Kuyat

16

17                       UNITED STATES DISTRICT COURT

18                      NORTHERN DISTRICT OF CALIFORNIA

19                              (San Jose Division)

20

21 BREE KUYAT and MICAH KUYAT        ) Case No.: C08-03448 RS
        Plaintiffs,                  )
22                                   )
        v.                           ) [PROPOSED] ORDER ON STIPULATION
23                                   ) TO CONTINUE CASE MANAGEMENT
   USAA CASUALTY INSURANCE           ) CONFERENCE
24 COMPANY                           )
                                     ) [CLASS ACTION]
25      Defendant.                   )
                                     )
26 _____ )

27

28
   _____
   Kuyat v. USAA Casualty Insurance Company, C08-03448 RS
   [PROPOSED] ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

                                     - 1 -

Having reviewed the Stipulation submitted by Plaintiffs Bree and Micah Kuyat (the "Kuyats") and Defendant USAA Casualty Insurance Company ("USAA CIC") on October 29, 2008 and good cause appearing, IT IS ORDERED that:

The Case Management Conference currently scheduled for November 5, 2008 at 2:30 p.m. shall be continued for a period of at least 30 days in order to allow the parties to finalize their settlement negotiations.

In accordance with the parties' request, a Case Management Conference will be set to take place on ___January 14, 2009___ at ___2:30 p.m.___.

IT IS SO ORDERED.

Dated: October 30, 2008

_____
Hon. Richard Seeborg
United States District Court Judge

Kuyat v. USAA Casualty Insurance Company, C08-03448 RS
[PROPOSED] ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE