KYRA KAZANTZIS, Bar No. 154612, kyrak@lawfoundation.org
JAMES ZAHRADKA, Bar No. 196822, jamesz@lawfoundation.org
**PUBLIC INTEREST LAW FIRM**
KIM PEDERSON, Bar No. 234785, kimp@lawfoundation.org
**FAIR HOUSING LAW PROJECT**
**LAW FOUNDATION OF SILICON VALLEY**
111 West St. John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2401
Fax: (408) 293-0106

*E-FILED 1/8/09*

MICHAEL HENDERSHOT, Bar No. 211830, michael.hendershot@skadden.com
ANDREA SCHELEY, Bar No. 229363, andrea.scheley@skadden.com
525 University Ave., Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

EVE HERSHCOPF, Bar No. 159486, ehershcopf@childcarelaw.org
ED BOLEN, Bar No. 221715, ebolen@childcarelaw.org
**CHILD CARE LAW CENTER**
221 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 394-7144
Facsimile: (415) 394-7140

Attorneys for Plaintiffs Bree and Micah Kuyat

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| BREE KUYAT and MICAH KUYAT | ) Case No.: C08-03448 RS |
|     Plaintiffs, | ) |
| | ) |
|     v. | ) **[PROPOSED] ORDER ON STIPULATION** |
| | ) **TO CONTINUE CASE MANAGEMENT** |
| USAA CASUALTY INSURANCE | ) **CONFERENCE** |
| COMPANY | ) |
| | ) **[CLASS ACTION]** |
|     Defendant. | ) |
| | ) |

Kuyat v. USAA Casualty Insurance Company, C08-03448 RS
[PROPOSED] ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

- 1 -

Having reviewed the Stipulation submitted by Plaintiffs Bree and Micah Kuyat (the "Kuyats") and Defendant USAA Casualty Insurance Company ("USAA CIC") on January 7, 2009 and good cause appearing, IT IS ORDERED that:

The Case Management Conference currently scheduled for January 14, 2009 at 2:30 p.m. shall be continued for a period of at least 30 days in order to allow the parties to finalize their settlement negotiations.

In accordance with the parties' request, a Case Management Conference will be set to take place on _____February 25, 2009_____ at _____2:30 p.m._____.


IT IS SO ORDERED.

Dated:      January 8, 2009

_____
Hon. Richard Seeborg
United States District Court Judge