1  KYRA KAZANTZIS, Bar No. 154612, kyrak@lawfoundation.org
   JAMES ZAHRADKA, Bar No. 196822, jamesz@lawfoundation.org
2  **PUBLIC INTEREST LAW FIRM**
   KIM PEDERSON, Bar No. 234785, kimp@lawfoundation.org
3  **FAIR HOUSING LAW PROJECT**
   **LAW FOUNDATION OF SILICON VALLEY**          *E-FILED 2/23/09*
4  111 West St. John Street, Suite 315
   San Jose, California 95113
5  Telephone: (408) 280-2401
   Fax: (408) 293-0106
6
   MICHAEL HENDERSHOT, Bar No. 211830, michael.hendershot@skadden.com
7  ANDREA SCHELEY, Bar No. 229363, andrea.scheley@skadden.com
   525 University Ave., Suite 1100
8  Palo Alto, CA 94301
   Telephone: (650) 470-4500
9  Facsimile: (650) 470-4570

10 EVE HERSHCOPF, Bar No. 159486, ehershcopf@childcarelaw.org
   ED BOLEN, Bar No. 221715, ebolen@childcarelaw.org
11 **CHILD CARE LAW CENTER**
   221 Pine Street, Third Floor
12 San Francisco, CA 94104
   Telephone: (415) 394-7144
13 Facsimile: (415) 394-7140

14
   Attorneys for Plaintiffs Bree and Micah Kuyat
15

16

17                       UNITED STATES DISTRICT COURT

18                      NORTHERN DISTRICT OF CALIFORNIA

19                              (San Jose Division)

20

21 BREE KUYAT and MICAH KUYAT        ) Case No.: C08-03448 RS
        Plaintiffs,                  )
22                                   ) [PROPOSED] ORDER ON STIPULATION
      v.                             ) TO SUSPEND CASE MANAGEMENT
23                                   ) CONFERENCE PENDING SETTLEMENT
   USAA CASUALTY INSURANCE           )
24 COMPANY                           ) [CLASS ACTION]
                                     )
25      Defendant.                   )
                                     )
26 _____ )

27

28
   Kuyat v. USAA Casualty Insurance Company, C08-03448 RS
   [PROPOSED] ORDER ON STIPULATION TO SUSPEND CASE MANAGEMENT CONFERENCE PENDING
   SETTLEMENT

Having reviewed the Joint Status Report and Stipulation submitted by Plaintiffs Bree and Micah Kuyat (the "Kuyats") and Defendant USAA Casualty Insurance Company ("USAA CIC") on February 23, 2009 and good cause appearing, IT IS ORDERED that:

The Case Management Conference currently scheduled for February 25, 2009 at 2:30 p.m. shall be VACATED, pending the parties' imminent resolution of this matter and filing of a notice of settlement.

IT IS SO ORDERED.

Dated:   2/23/09

_____
Hon. Richard Seeborg
United States District Court Judge

Kuyat v. USAA Casualty Insurance Company, C08-03448 RS
[PROPOSED] ORDER ON STIPULATION TO SUSPEND CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT